IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GEORGE COOPER and SARA LYN COOPER,

|  |  |  |
|---|---|---|
| | Plaintiff, | ORDER |
| v. | | 12-cv-555-wmc |

PLOVER POLICE DEPARTMENT,
DWAYNE WIERZBA, GARY WIDDER,
SETH PIONKE, PORTAGE COUNTY,
PORTAGE COUNTY CIRCUIT COURT,
THOMAS FLUGAUR, VILLAGE OF PLOVER,
HUMANE SOCIETY OF PORTAGE COUNTY, INC.,
JENNEFIR BLUM, EMILY CARLSON,
LAURA GOETZ, KATHY FRISCH,
VISITING ANGELS, KELLY TUTLE,
LIVING ASSISTANCE SERVICES, INC.,
STATE OF WISCONSIN and
WISCONSIN ATTORNEY GENERAL,

Defendants.

---

Plaintiffs George Cooper and Sara Cooper have submitted a proposed complaint. Plaintiffs ask for leave to proceed *in forma pauperis* and both have supported this request with an affidavit of indigency. The standard for determining whether a plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiffs have a combined monthly income of $1,143, which makes their annual income $13,716. Because plaintiffs' total annual household income is less than $16,000, they can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiffs George and Sara Cooper's complaint is taken under advisement. As soon as the court's calendar permits, the complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiffs will be notified promptly when such a decision has been made. In the meantime, if plaintiffs needs to communicate with the court about this case, they should be sure to write the case number shown above on their communication.

Entered this 29st day of August, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2