IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE COOPER and SARA LYN COOPER,

                                              JUDGMENT IN A CIVIL CASE

    Plaintiffs,

                                              12-cv-555-wmc

v.

PLOVER POLICE DEPARTMENT, DWAYNE
WIERZBA, GARY WIDDER, SETH PIONKE,
PORTAGE COUNTY, PORTAGE COUNTY
CIRCUIT COURT, THOMAS FLUGAUR,
VILLAGE OF PLOVER, HUMANE SOCIETY
OF PORTAGE COUNTY, INC., JENNIFER
BLUM, EMILY CARLSON, LAURA GOETZ,
KATHY FRISCH, VISITING ANGELS,
KELLY TUTLE, LIVING ASSISTANCE
SERVICES, INC., STATE OF WISCONSIN
and WISCONSIN ATTORNEY GENERAL,

    Defendants.

       This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

       (1) denying plaintiff leave to proceed and dismissing his claims against Plover Police Department, Dwayne Wierzba, Gary Widder, Portage County, Portage County Circuit Court, Thomas Flugaur, Village of Plover, Humane Society of Portage County, Inc., Jennifer Blum, Laura Goetz, Kathy Frisch, Visiting Angels, Kelly Tutle,

Living Assistance Services, Inc., State of Wisconsin and Wisconsin Attorney General;

(2) dismissing Emily Carlson; and

(3) granting Seth Pionke's motion for summary judgment and dismissing this case.

| /s/ | 4/20/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |